# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-01938-JLS-JDEx | Date | February 2, 2018 |
| Title | James Mortley v. Express Pipe and Supply Co., LLC, et al. | | |

**Present: The Honorable** **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE**

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Arnab Banerjee | Keith Jacoby |
| | Rachael Lavi |

**Proceedings:** Hearing on Motion to Remand for Lack of Subject Matter Jurisdiction [14]

Matter called. Oral arguments heard. Motion taken under submission by the Court.

00 : 30

Initials of Preparer  tg