UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MORTLEY, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXPRESS PIPE & SUPPLY CO., LLC, a Delaware limited liability company; MORRISON SUPPLY COMPANY, LLC, a Texas limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-01938-JLS-JDE<br><br>Honorable Josephine L. Staton<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | **JUDGMENT** |
| 2 | Pursuant to the Order (1) Granting Plaintiff's Motion for Final Approval of Class |
| 3 | Action Settlement (Doc. 36) (2) Granting in Part Plaintiff's Motion for Attorneys' Fees |
| 4 | and Costs (the "Order"), it is hereby **ORDERED, ADJUDGED, AND DECREED** as |
| 5 | follows: |

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Order and the Parties' Joint Stipulation of Class Action Settlement and Release and amendments (collectively, "Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. The Court accordingly awards a total of $250,000 in attorneys' fees and $15,780 in costs and expenses.

3. The Court awards a Class Representative Enhancement Payment of $5,000 to James Mortley.

4. The Court approves settlement administration costs and expenses in the amount of $15,000 to Rust Consulting, Inc.

With the exception of Harry Huss, who submitted a timely Request for Exclusion from the Settlement Class, all Class Members are bound by this Judgment and are barred from pursuing, or seeking to reopen, any of the Released Claims, as defined in the Settlement Agreement. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment entered herein.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: June 05, 2019

Hon. Josephine L. Staton
United States District Judge